# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| Chantal Jeane, | : |
| Plaintiff, | : Civil Action No.: 4:13-cv-00118 |
| v. | : |
| DirectBuy, Inc., | : **COMPLAINT** |
|  | : **JURY** |
| Defendant. | : |
|  | : |

For this Complaint, the Plaintiff, Chantal Jeane, by undersigned counsel, states as follows:

## JURISDICTION

1.    This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2.    This Court has original jurisdiction over Plaintiff's TCPA claims. Mims v. Arrow Fin. Serv., LLC, 132 S.Ct. 740 (2012).

3.    Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business here and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

5.    The Plaintiff, Chantal Jeane ("Plaintiff"), is an adult individual residing in Spring, Texas.

6.    The Defendant, DirectBuy, Inc. ("DBI"), is an Indiana business entity with an address of 2480 N. Lincoln Highway, Merrillville, Indiana 46410.

## FACTS

7.     Within the last year, Defendant contacted Plaintiff by placing calls daily to Plaintiff's home telephone.

8.     Defendant placed calls to Plaintiff using an automated telephone dialer system with an artificial or prerecorded voice (hereafter "Robocalls").

9.     Plaintiff has no prior business relationship with Defendant and never provided her consent to be contacted on her home telephone.

10.    Each of Defendant's Robocalls started with a message stating "You've just won!"

11.    On at least three occasions, Plaintiff returned Defendant's Robocalls to speak with a live representative.

12.    During these conversations, Plaintiff requested Defendant stop calling her home telephone.

13.    Despite these requests, Defendant continued to place Robocalls to Plaintiff.

**A.     Plaintiff Suffered Actual Damages**

14.    The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendant's unlawful conduct.

15.    As a direct consequence of the Defendant's acts, practices and conduct, the Plaintiff suffered and continues to suffer from anger and frustration.

## COUNT I

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

16.    The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17. Defendant contacted Plaintiff using an automatic telephone dialing system and/or by using a prerecorded or artificial message on a residential telephone of 47 U.S.C. § 227(b)(1)(A)(iii).

18. Plaintiff either never provided express consent to Defendant or the Creditor to call her residential telephone number, and/or Plaintiff revoked her consent to be contacted by Defendant on her residential telephone by her repeated demands to cease calling her residential telephone.

19. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

20. Each of the aforementioned calls made by Defendant constitutes a negligent or intentional violation of the TCPA, including each of the aforementioned provisions of 47 U.S.C. § 227, *et. seq*.

21. As a result of each of Defendant's negligent violations of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

22. As a result of each of Defendant's knowing and/or willful violations of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each and every violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendant:

1. Statutory damages for each violation, pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2.       Attorney's costs and fees; and

3.       Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: January 16, 2013

Respectfully submitted,

By:   */s/ Jody B. Burton*

Jody B. Burton, Esq.
CT Bar # 422773
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

4