# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Chantal Jeane,<br><br>        Plaintiff,<br><br>v.<br><br>DirectBuy, Inc.,<br><br>        Defendant. | Civil Action No.: 4:13-cv-00118 (LNH) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTIONS TO DISMISS (1) FOR LACK OF JURISDICTION AND (2) FAILURE TO STATE A CLAIM**

By way of response to Defendant's Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) [Doc. Nos. 12 & 13], Plaintiff hereby notifies the Court that the Parties have agreed to transfer this case to the Northern District of Illinois to be consolidated with *Sohka v. DirectBuy, Inc.*, Case No. 1:12-cv-09809 (N.D. Illinois).

The Parties anticipate filing an appropriate stipulation with this Court on May 24, 2013, or shortly thereafter.

Dated: May 23, 2013

Respectfully submitted,

By: */s/ Stephen F. Taylor*
    Stephen F. Taylor, Esq.
    Jody Burton, Esq.
    Lemberg & Associates, LLC
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    T.(203) 653-2250
    F.(203) 653-3424

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 23, 2013, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to the following:

Delilah Y. Banks, Esq.
Locke Lord, LLP
600 Travis Street, Suite 2800
Houston, Texas 77002

Martin W. Jaszcuk, Esq.
Thomas J. Cunningham, Esq.
Locke Lord, LLP
111 South Wacker Drive
Chicago, Illinois 60606

*Attorneys for Defendant*

                                              */s/ Stephen F. Taylor*
                                                Stephen F. Taylor