UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Chantal Jeane, <br><br> Plaintiff, <br> v. <br><br> DirectBuy, Inc. ; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 1: 13-cv-04343 |

**STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against DirectBuy, Inc. with prejudice and without costs to any party.

| Chantal Jeane | DirectBuy, Inc. |
|---|---|
| ___/s/ *Stephen Taylor*___ <br> Stephen Taylor, Esq. (ST2743) <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT 06905 <br> Tel.203.653.2250.ext.5502 <br> Fax.203.653.3424 <br> staylor@lemberglaw.com | ___/s/ *Martin W. Jaszczuk*___ <br> Martin W. Jaszczuk, Esq. (*pro hac vice*) <br> LOCKE LORD LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> Tel. 312.443.0610 <br> Fax. 312.896.6610 <br> mjaszczuk@lockelord.com |

_____
SO ORDERED